## DEWEY et al. v. NIX.

No. 1415.    Opinion Filed January 16, 1912.

(120 Pac. 952.)

**APPEAL AND ERROR—Dismissal—Failure to File Briefs.** Where plaintiffs in error file no brief, as required by rule 7 of this court (20 Okla. viii, 95 Pac. vi), the appeal will be dismissed for want of prosecution.

(Syllabus by Brewer, C.)

*Error from Craig County Court; Theo. D. B. Frear, Judge.*

Action by J. O. Nix against John Dewey and others. Judgment for plaintiff, and defendant brings error. Appeal dismissed.

*Preston S. Davis,* for plaintiffs in error.

*Parker & Rider,* for defendant in error.

Opinion by BREWER, C. The petition in error and transcript of the record in this case was filed in this court February 15, 1910. The plaintiffs in error have failed to file any brief in the cause, as required by rule 7 of this court (20 Okla. viii, 95 Pac. vi). The petition in error shall therefore be dismissed for want of prosecution. *Hass et al. v. McCampbell,* 27 Okla. 290, 111 Pac. 543; *Maddin v. McCormick et al.,* 27 Okla. 778, 117 Pac. 200; *McClelland v. L. Witherall, infra,* 119 Pac. 205.

By the Court: It is so ordered.

All the Justices concur.